# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139684(51)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 139684
COA: 283921
Oakland CC: 2006-211927-FH

JOSEPH AVERY PATTON,
        Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's March 24, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, C.J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

d0621